

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2021

No. 04-21-00244-CV

**IN RE ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.**, and William L. Magness

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI04574
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Liza A. Rodriguez, Justice

The Relator's Motion for Rehearing is hereby DENIED.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2021.

_____
Michael A. Cruz,
Clerk of Court